

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00061-CV

Carlos Antonio **RAYMOND**,
Appellant

v.

Martin Joseph **ROY** and Pizza Venture of San Antonio, LLC d/b/a Papa Johns Pizza,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV00935
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On November 1, 2017, after the briefs had been filed, pro se appellant Carlos Antonio Raymond filed a "Motion to Correct or Modify the Record." Appellant's motion is **GRANTED IN PART AND DENIED IN PART**. More specifically, in the motion, appellant first asks that we substitute the name Andrea Starks for the name Martha Longston in his amended brief and reply brief. Appellant contends he mistakenly referred to Martha Longston as the pertinent witness when he should have referred to Andrea Starks. After review, we **GRANT** appellant's request to substitute the name Andrea Starks for the name Martha Longston in his amended and reply briefs

In addition to the foregoing, appellant also requests that he be permitted to modify or correct the appellate record based on statements made by appellee in its brief. We **DENY** this portion of appellant's motion. Moreover, to the extent appellant has presented additional argument in his November 1, 2017 motion, those arguments will not be considered by this court to the extent they are not raised in appellant's brief.

It is so ORDERED on November 20, 2017.

PER CURIAM

ATTESTED TO: _____
           KEITH E. HOTTLE,
           Clerk of Court

